UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NINGBO YANG VOYAGE TEXTILES CO., LTD.,
a Chinese Limited Company,

Plaintiff,

— against —

SAULT TRADING, A/K/A SALUT TRADING INC,
a New York Business Corporation,

Defendant.

18-CV-1961 (ARR)(ST)

**Opinion & Order**

**Not for electronic or print publication**

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated March 6, 2020 from the Honorable Steven L. Tiscione, United States Magistrate Judge, awarding damages in the amount of $95,464.60. Report and Recommendations ("R&R"), ECF No. 19. The deadline for filing objections has passed, and no objections to Judge Tiscione's findings have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff is awarded damages in the amount of $95,464.60 with post-judgment interest at the federal statutory rate.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated: April 13, 2020
Brooklyn, New York